FILED

2003 OCT 15 P 12: 10

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK RIORDAN and<br>KATHLEEN BRUZY | : | CIVIL ACTION<br>NO. 3:02 CV 01132 (DJS) |
| V. | : | |
| TROOPER ANDRE JOYNER, BADGE<br>NO. 1336, SERGEANT F.J. WHELAN,:<br>OFFICER RICHARD T. HANNON and<br>JOHN DOES 1 -4, | : | OCTOBER 13, 2003 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 9(c) the undersigned defendant respectfully moves this Court to enter judgment in his favor on each and every claim of the plaintiffs' Complaint. A Memorandum of Law is being filed in support of this Motion for Summary Judgment.

THE DEFENDANT
RICHARD HANNON

By _____
Robert A. Rhodes of
HALLORAN & SAGE LLP
Fed. Bar #ct 13583
315 Post Road West
Westport, CT 06880
(203) 227-2855

315 Post Road West
Westport, CT  06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

## CERTIFICATION

This is to certify that on this 13th day of October, 2003, I hereby mailed a copy of the foregoing to:

Robert M. Berke
135 Elm Street
Bridgeport, CT 06604

Stephen R. Sarnoski
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Robert K. Ciulla, Esq.
Ciulla & Donofrio, LLP
127 Washington Avenue
P.O. Box 219
North Haven, CT 06473

_____
Robert A. Rhodes

474148.1(HS-FP)

- 2 -

315 Post Road West
Westport, CT  06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195