


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK RIORDAN and<br>KATHLEEN BRUZY | : CIVIL ACTION<br>NO. 3:02 CV 01132 (DJS) |
| V. | : |
| TROOPER ANDRE JOYNER, BADGE<br>NO. 1336, SERGEANT F.J. WHELAN,:<br>OFFICER RICHARD T. HANNON and<br>JOHN DOES 1-4, | :  OCTOBER 13, 2003 |

## DEFENDANT RICHARD HANNON'S STATEMENT OF UNDISPUTED FACTS PURSUANT TO LOCAL RULE 9(c)1

The following is a statement of undisputed facts, construed in a light most favorable to the plaintiffs, and offered solely for the purposes of the present Motion for Summary Judgment, pursuant to Local Rule 9(c). These statements are not offered as judicial admissions.

1. On the evening of December 19, 2001, and individual named Henry Angeolico contacted the Connecticut State Police from his cellular phone and reported that he had just observed the operator of another vehicle fire a gun at his vehicle. Mr. Angelico claimed that he heard a loud noise come from the vehicle traveling next to him and that he also saw smoke come from the driver's side window of the vehicle. (See "Case Incident Report of Trooper Riordan" attached as Exhibit A.)

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

2. Mr. Angelico described the vehicle as a sport utility vehicle bearing Connecticut license plate 754 MHW. (See "Affidavit of Trooper Joyner" attached as Exhibit B at ¶ 3.)

3. Trooper Andre Joyner of the Connecticut State Police was dispatched to the area of I-91 North near Exit 9 where he observed Mr. Angelico's vehicle and the vehicle operated by the plaintiff Kathleen Bruzy. (See "Affidavit of Trooper Joyner" attached as Exhibit B at ¶ 5.)

4. At that time, Trooper Joyner initiated a felony motor vehicle stop of Kathleen Bruzy's vehicle, a dark colored sport utility vehicle. (See "Affidavit of Trooper Joyner" attached as Exhibit B at ¶ 7.)

5. Ms. Bruzy was ordered from her vehicle, patted down for weapons and placed in handcuffs by Trooper Joyner. (See "Deposition of Kathleen Bruzy" at p. 20, lns. 22-25, p. 24, lns. 14-17, p. 27, lns. 7-13 attached as Exhibit C.)

6. The passenger compartment of her vehicle was then searched by members of the State Police and local municipal police departments. (See Ex. C at 39, lns. 19-25.)

7. Mark Riordan, observing that his fiancee's vehicle was being stopped, then voluntarily pulled to the side of the road ahead of Ms. Bruzy's vehicle. (See "Deposition of Mark Riordan" at p. 58, lns. 18-23 attached as Exhibit D.)

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

8.   Trooper Joyner observed Mr. Riordan's vehicle pull over and directed North Haven police officers to investigate the vehicle. (See Ex. B at ¶ 11.)

9.   At that time, Mr. Riordan was approached by two unidentified police officers whom he believes were member of the North Haven Police Department. ( See Ex. D at p. 28, lns. 8-9, p. 31, lns. 20-25, p. 32, lns. 1-6.)

10.  Mr. Riordan was instructed to exit his vehicle and was placed in handcuffs while the passenger compartment of his vehicle was being searched.   (See Ex. D at p. 30, lns. 15-18, p. 33, lns. 8-11.)

11.  The police officers were not rough with Mr. Riordan and did not hurt him. (See Ex. D at p. 31, lns. 13-19.)

12.  The handcuffs did not feel tight when they were initially placed on Mr. Riordan. (See Ex. D at p. 60, lns. 11-13.)

13.  A North Haven Police Officer then opened the driver's door searched Mr. Riordan's vehicle.   (See Ex. D at p. 33, lns. 8-13.)

14.  Mr. Riordan did not observe the officer search the glovebox, backseat area, storage compartments or the hatchback area of his vehicle. (See Ex. D at p.63, lns. 1-10, p. 64, lns. 22-25, p. 65, lns. 1-18.)

15.  After about three minutes, Mr. Riordan complained that the handcuffs were tight and no steps were taken to loosen the handcuffs. (See Ex. D at p. 60, lns. 8-10, 17-24.)

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

16. Approximately two to three minutes later, Mr. Riordan complained a second time and the handcuffs were loosened. (See Ex. D at p. 61, lns. 5-11.)

17. The handcuffs were then removed from Mr. Riordan approximately three minutes later and he was permitted to go Ms. Bruzy. (See Ex. D at p. 61, lns. 12-14.)

18. At that time, Trooper Joyner explained that Ms. Bruzy's vehicle was stopped because there was a complaint that gunfire was observed coming from her vehicle. (See Ex. D at p. 42, lns. 12-21.)

19. Mr. Riordan and Ms. Bruzy were then permitted to leave the area. (See Ex. D at p. 56, lns. 3-9.)

20. Mr. Riordan believes that he was detained for a total of twelve to thirteen minutes. (See Ex. D at p. 56, lns. 10-14.)

21. Neither Ms. Bruzy nor Mr. Riordan does not recall seeing or speaking with an officer identified as Richard Hannon. (See Ex. C at p. 92, lns. 18-25, Ex. D at p. 59, lns. 23-25.)

22. Mr. Riordan was not struck, choked, kicked, wrestled to the ground by the police officers and did not otherwise come into any physical contact with the police officers. (See Ex. D at p. 61, lns. 15-23.)

23. Mr. Riordon does not recall speaking with or seeing any police officers identified as Richard Hannon at time of this incident. (See Ex. D at p. 59, lns. 23-25.)

- 4 -

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

24. Neither Mr. Riordan nor Ms. Bruzy suffered any bodily injuries as a result of this incident and did not treat with any physicians or healthcare providers. (See Ex. D at p. 61, lns. 24-25, p. 62, ln. 1; Ex. C at p. 64, lns. 6-23.)

25. Mr. Riordan did not suffer any injuries to his wrists other than the transient pain associated with tight handcuffs. His wrists did not swell or become sore. (See Ex. D at p. 48, lns. 16-25.)

26. Ms. Bruzy was not injured as a result of the handcuffing and was in no pain as a result of the handcuffing. (See Ex. C at p. 27, lns. 6-13.)

27. The officers did not remove anything from Mr. Riordan's vehicle. (See Ex. D at p. 65, ln. 25, p. 66, lns. 1-4.)

THE DEFENDANT
RICHARD HANNON

By _____
Robert A. Rhodes of
HALLORAN & SAGE LLP
Fed. Bar #ct 13583
315 Post Road West
Westport, CT 06880
(203) 227-2855

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

## CERTIFICATION

This is to certify that on this 13th day of October, 2003, I hereby mailed a copy of the foregoing to:

Robert M. Berke
135 Elm Street
Bridgeport, CT 06604

Stephen R. Sarnoski
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Robert K. Ciulla, Esq.
Ciulla & Donofrio, LLP
127 Washington Avenue
P.O. Box 219
North Haven, CT 06473

Robert A. Rhodes

458036.1(HS-FP)

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195