UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 OCT 24  P 12: 05
DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| Kathleen Bruzy and Mark Riordan | : | No. 3:02CV-1132 (DJS) |
| v. | | |
| Trooper Andre Joyner et al. | : | October 22, 2003 |

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S SUMMARY JUDGMENT MOTION

Pursuant to Local Rule 9 (b) the plaintiff, in the above captioned matter, hereby requests that they be granted an enlargement of time within which to answer the Defendant Richard Hannon's summary judgment motion dated October 13, 2003. The plaintiff's response is due November 3, 2003.

The reasons for this request is that the undersigned counsel is a solo practitioner and began jury selection in a criminal matter on October 21, 2003, has an oral argument in the Connecticut Supreme Court on October 29, 2003, a seven day vacation scheduled from Nov 1- 7, 2003, and will begin evidence on November 12, 2003.

Wherefore, the plaintiff is requesting until December 8, 2003 within which to respond to such motion.

Kathleen Bruzy and Mark Riordan

By Their Attorney

Robert M. Berke
135 Elm Street
Bridgeport, CT 06604
203 332-6000
203 332-0661 fax
Fed Bar No. 20784

## CERTIFICATION OF SERVICE

I certify that copies have been delivered to counsel of record as listed below, on this date:

October 22, 2003:

Stephen Sarnowski
Assistant Attorney General
MacKensie Hall
110 Sherman Street
Hartford, CT 06105
(860)808-5450


Robert Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880


Robert Cuilla, Esq.
Cuilla & Donofrio, LLP
127 Washington Avenue
PO Box 219
North Haven, CT 06473

_____
Robert M. Berke