UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARK RIORDAN, ET AL**<br>    **Plaintiffs** | : |
| v. | : CIVIL NO.: 3:02cv1132(DJS) |
| **TROOPER ANDRE JOYNER, ET AL**<br>    **Defendants** | : |

**ORDER**

The Plaintiffs' Motion for Extension of Time to Respond to Defendants' Summary Judgment Motion (Doc. #44) is hereby **GRANTED to and including December 8, 2003.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   27th   day of October, 2003.


　　　　　　　　　　　　　　　　　　　 /s/DJS  
　　　　　　　　　　　　　　　　　　　Dominic J. Squatrito  
　　　　　　　　　　　　　　　　　　　United States District Judge