**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

FILED

2003 DEC 12  P 12: 04

US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| Kathleen Bruzy and Mark Riordan | : | No. 3:02CV-1132 (DJS) |
| v. | | |
| Trooper Andre Joyner et al. | : | December 11, 2003 |

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIM E NUNC PRO TUNC TO RESPOND TO DEFENDANT'S SUMMARY JUDGMENT MOTION

Pursuant to Local Rule 9 (b) the plaintiff, in the above captioned matter, hereby requests that they be granted an enlargement of time within which to answer the Defendant Richard Hannon's summary judgment motion dated October 13, 2003. The plaintiff's response is due December 8, 2003.

On December 4, 2003, the plaintiff received Defendant Hannon's supplemental memorandum and affidavit in support of his motion for summary judgment. The undersigned counsel has a prearranged business meeting in Buffalo on December 8, 2003 and had lost two office days due to inclement weather.

Wherefore, the plaintiff is requesting until December 12, 2003 within which to respond to such motion.

Kathleen Bruzy and Mark Riordan

By Their Attorney

Robert M. Berke
135 Elm Street
Bridgeport, CT 06604
203 332-6000
203 332-0661 fax
Fed Bar No. 20784

## CERTIFICATION OF SERVICE

I certify that copies have been delivered to counsel of record as listed below, on this date:

December 11, 2003:

Stephen Sarnowski
Assistant Attorney General
MacKensie Hall
110 Sherman Street
Hartford, CT 06105
(860)808-5450


Robert Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880


Robert Cuilla, Esq.
Cuilla & Donofrio, LLP
127 Washington Avenue
PO Box 219
North Haven, CT 06473


_____
Robert M. Berke