UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARK RIORDAN, ET AL**<br>    **Plaintiffs** | : |
| v. | : CIVIL NO.: 3:02cv1132(DJS) |
| **TROOPER ANDRE JOYNER, ET AL**<br>    **Defendants** | : |

**ORDER**

The Plaintiff's Motion for Enlargement of Time Nunc Pro Tunc to Respond to Defendant's Summary Judgment Motion (Doc. #47) is hereby **GRANTED to and including December 12, 2003.** The Clerk shall docket the attached Plaintiff's Objection to Defendant Hannon's Motion for Summary Judgment dated December 11, 2003.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __18th__ day of December, 2003.

/s/DJS
Dominic J. Squatrito
United States District Judge