*United States District Court*
*District of Connecticut*
*FILED AT HARTFORD*
*12/18/03*
*Kevin F. Rowe, Clerk*
*By_____ Deputy Clerk*

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK RIORDAN and KATHLEEN BRUZY | : |
| PLAINTIFFS, | : |
| VS. | : NO. 3:02cv1132(DJS) |
| TROOPER ANDRE JOYNER, ET AL., | : |
| DEFENDANTS. | : December 11, 2003 |

**PLAINTIFF'S OBJECTION TO DEFENDANT HANNON'S MOTION FOR SUMMARY JUDGMENT**

For the reasons articulated in the accompanying memorandum of law, the plaintiff respectfully requests that this honorable court deny the Defendant Hannon's motion for summary judgment in its entirety.

THE PLAINTIFF

Kathleen Bruzy and Mark Riordan

By Their Attorney

_____
Robert M. Berke
135 Elm Street
Bridgeport, CT 06604
203 332-6000
203 332-0661 fax
Fed Bar No. 20784

## CERTIFICATION OF SERVICE

I certify that copies have been delivered to counsel of record as listed below, on this date: December 11, 2003:

Stephen Sarnowski
Assistant Attorney General
MacKensie Hall
110 Sherman Street
Hartford, CT 06105
(860)808-5450

Robert Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

Robert Cuilla, Esq.
Cuilla & Donofrio, LLP
127 Washington Avenue
PO Box 219
North Haven, CT 06473

_____
Robert M. Berke