UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK RIORDAN and KATHLEEN BRUZY, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | CASE NO. 3:02CV1132 (DJS) |
| TROOPER ANDRE JOYNER, SERGEANT F. J. WHELAN, OFFICER RICHARD T. HANNON, and JOHN DOES 1-4, | : : : : | |
| Defendants. | : | _____ |

_____ JUDGMENT

This action having come on for consideration of defendants' Trooper Andre Joyner and Sergeant  Francis Whelan's motion for summary judgment [dkt. #33] and defendant Officer Richard Hannon's motion for summary judgment [dkt. #41] before the Honorable Dominic J. Squatrito, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a Memorandum of Decision and Order granting defendants' motion for summary judgment [dkt. #s 33 & 41] with respect to plaintiff's federal claims. Judgment in favor of the defendants shall enter all counts or claims brought pursuant to 42 U.S.C. § 1983 set forth in the amended complaint.  All counts of the amended complaint alleging causes of action under state law are DISMISSED without prejudice, it is hereby

ORDERED, ADJUDGED and DECREED that judgment in favor of the defendants shall enter all counts or claims brought pursuant to 42 U.S.C. § 1983 set forth in the amended complaint. All counts of the amended complaint alleging causes of action under state law are DISMISSED without prejudice.

Dated at Hartford, Connecticut, this 31st day of March 2005.

KEVIN F. ROWE, Clerk

By _____
Terri Glynn
Deputy Clerk