UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK RIORDAN and <br> KATHLEEN BRUZY, <br>     *Plaintiffs,* <br> <br> V. <br> <br> TROOPER ANDRE JOYNER, <br> SERGEANT F. J. WHELAN, <br> OFFICER RICHARD T. HANNON and <br> JOHN DOES 1-4, <br>     *Defendants.* | : <br> : <br> : <br> : <br> : <br> : NO. 3:02CV1132 (DJS) <br> : <br> : <br> : <br> : <br> : NOVEMBER 10, 2005 |

## MOTION FOR RETURN OF BOND

This action is to request the return of security bond. The security bond was received by the Office of the Clerk in the form of check, number 2828, dated October 19, 2002 in the amount of $500.00, payable to: Clerk, United States District Court.

The Plaintiff

*/s/ Mark E. R.*

Mark Riordan
215 South Brooksvale Rd.
Cheshire, CT 06410

## CERTIFICATION

This is to certify that on this 30th day of November, 2005, a copy of the foregoing was mailed via first-class postage to the following:

Stephen R. Sarnoski
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105

Robert K. Ciulla, Esq.
Ciulla & Donofrio, LLP
127 Washington Avenue
P.O. Box 219
North Haven, CT  06473

Robert A. Rhodes
Halloran & Sage, LLP
315 Post Road West
Westport, CT  06880



```
            RECEIPT FOR PAYMENT
            DISTRICT COURT OF
               CONNECTICUT
             HARTFORD DIVISION

                                    H007674
    ------------------------------------------
    RECEIVED FROM:

    MARK E. RIORDAN
    215 SOUTH BROOKSVALE ROAD
    CHESHIRE, CT 06410
    ------------------------------------------
    Case Number: 3:02CV1132
    ------------------------------------------
    F/U/B/O:

    Party ID:
    RIORDAN, ETAL, TROOPER JOYNER

    Tender Type:           CHECK

    02-6055XX              $500.00

    security for Costs

    Remarks: check #2828   USDJ:DJS
    ------------------------------------------
           Subtotal:          $500.00



    ------------------------------------------
    Receipt Total:            $500.00
    ==========================================
    * Checks and drafts are accepted
    subject to collections and full
    credit will only be given when
    the check or draft has been
    accepted by the financial
    institution on which it was drawn.

        Date:    10/25/02
        Clerk:
               ---------------------
                       BPO
```